Mark H. Hutchings, Esq.
Nevada Bar No. 12783
John B. Lanning, Esq.
Nevada Bar No. 15585
**HUTCHINGS LAW GROUP**
400 S. 4th St. Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
John@HutchingsLawGroup.com
*Attorney for Defendant 2320 Flamingo, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| WILLIAM EDDINS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>2320 FLAMINGO, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. 2:23-cv-1519 -CDS-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT
(FIRST REQUEST)** |

PLEASE TAKE NOTICE that the Parties, Plaintiff WILLIAM EDDINS ("Plaintiff"), by and through his counsel of record, David Salmon of DAVID SALMON & ASSOCIATES, INC. and Defendant 2023 Flamingo, LLC ("Defendant"), by and through their counsel of record, Mark H. Hutchings, Esq. of HUTCHINGS LAW GROUP hereby stipulate and agree as follows:

1. On September 26, 2023, Plaintiff filed his Complaint.
2. Plaintiff effectuated service upon Defendant on September 29, 2023.
3. An answer or other responsive pleading is currently due on or before October 20, 2023.
4. Plaintiffs have agreed to extend the deadline for Defendant to file a responsive pleading to the Complaint up to and including November 15, 2023.
5. This is the first stipulation of time for Defendants to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

| Submitted by: | Approved at to content by: |
|---|---|
| Dated this 24th day of October, 2023 | Dated this 24th day of October, 2023 |
| **HUTCHINGS LAW GROUP** | **DAVID SALMON & ASSOCIATES, INC** |
| By: */s/ Mark H. Hutchings* | By:*/s/ David N. Salmon* |
| Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>John B. Lanning, Esq.<br>Nevada Bar No. 15585<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | David N. Salmon, Esq.<br>Nevada Bar No. 7168<br>7495 W. Azure Drive, Suite 102<br>Las Vegas, Nevada 89130<br>*Attorney for Plaintiff* |

### ORDER

The Stipulation Extending Defendants' time to File a Responsive Pleading to Plaintiffs' Complaint is hereby ORDERED

Dated: 10-24-2023

Cam Ferenbach
United States Magistrate Judge

**1**
**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**
**(FIRST REQUEST)**