David N. Salmon, Esq.
Nevada Bar No. 7168
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Phone (702) 382-9696
*Attorneys for Plaintiff*
*WILLIAM EDDINS*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEVADA

WILLIAM EDDINS, an individual,

    Plaintiff,

vs.

2320 FLAMINGO, LLC, a limited liability company.

    Defendant.

CASE No. 2:23-cv-1519-CDS-MDC

**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE**

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, WILLIAM EDDINS, and Defendant, 2320 FLAMINGO, LLC, by and through their respective counsel, if applicable, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

The scheduling order reflects the following:

| | |
|---|---|
| Discovery Cut-Off Date: | May 13, 2024 |
| Deadline for Amending Pleadings: | February 13, 2024 |
| Expert Disclosures Due: | March 14, 2024 |
| Rebuttal Expert Disclosures due: | April 12, 2024 |
| Dispositive Motions Due: | June 12, 2024 |

Pretrial Order Due:         July 12, 2024

The parties stipulate and agree that the above-referenced dates, as well as any remaining dates be vacated, and that the case be closed.

IT IS SO STIPULATED AND AGREED.

Date: _____5/16/2024_____                    Date _____5/16/2024_____

DAVID SALMON & ASSOCIATES, INC.

/S/ David N. Salmon                          /S/ Mark Hutchings

David N. Salmon, Esq. (7168)                 Mark Hutchings, Esq. (12783)
7495 W. Azure Dr., Suite 102                 John B. Lanning, Esq. (15585)
Las Vegas, Nevada 89130                      HUTCHINGS LAW GROUP
(702) 382-9696                               400 s. 4TH St., Suite 550
dsalmon@dsalmonlaw.com                       Las Vegas, NV 89101
*Attorneys for Plaintiff*                    Telephone: (702) 660-7700
*WILLIAM EDDINS*                             MHutchings@HutchingsLawGroup.com
                                             *Attorneys for Defendant*
                                             *2320 FLAMINGO, LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: May 23, 2024

_____
United States District Judge

Submitted by:
DAVID SALMON & ASSOCIATES, INC.

/S/ David N. Salmon
_____
David N. Salmon (7168)
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
(702) 382-9696
*Attorneys for Plaintiff*